PMC/cm 2020R00227

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL No.   BPG-20-0135** |
| | : | |
| **v.** | : | **(Taking Migratory Birds From a Boat** |
| | : | **Under Power, 16 U.S.C. § 703, 50 CFR** |
| **DEVIN LEE TIBBS,** | : | **§ 20.21(e); Taking Migratory Birds in** |
| | : | **Excess of Daily Bag Limit, 16 U.S.C. §703,** |
| **Defendant.** | : | **50 CFR § 20.24; Wanton Waste of** |
| | : | **Migratory Birds, 16 U.S.C. § 703, 50 CFR** |
| | : | **§ 20.25; Taking Migratory Birds** |
| | : | **in Excess of Field Possession Limit, 16** |
| | : | **U.S.C. § 703, 50 CFR § 20.35; Aiding and** |
| | : | **Abetting, 18 U.S.C. § 2)** |
| | : | |
| | ...oOo... | |

### INFORMATION

### COUNT ONE
(Illegally Taking Migratory Birds)

The United States Attorney for the District of Maryland charges that:

On or about January 29, 2020, in the District of Maryland, the defendant,

### DEVIN LEE TIBBS,

did take migratory waterfowl, that is a Canada Goose (*Branta Canadensis*), from a motor boat

under power with forward progress.

16 U.S.C. § 703
50 CFR § 20.21(e)

1

## COUNT TWO
(Illegally Taking Migratory Birds)

The United States Attorney for the District of Maryland further charges that:

On or about January 31, 2020, in the District of Maryland, the defendant,

**DEVIN LEE TIBBS,**

did take migratory waterfowl, that is a Canada Goose (*Branta Canadensis*), and an unidentified

duck, from a motor boat under power with forward progress.

16 U.S.C. § 703
50 CFR § 20.21(e)

## COUNT THREE
(Exceed Daily Bag Limit)

The United States Attorney for the District of Maryland further charges that:

On or about January 31, 2020, in the District of Maryland, the defendant,

**DEVIN LEE TIBBS,**

did in one calendar day, take migratory waterfowl, that is scaup (*Aythya affinis*), in excess of the

daily bag limit and aggregate daily bag limit.

16 U.S.C. § 703
50 CFR § 20.24
18 U.S.C. § 2

## COUNT FOUR
(Wanton Waste)

The United States Attorney for the District of Maryland further charges that:

On or about January 31, 2020, in the District of Maryland, the defendant,

**DEVIN LEE TIBBS,**

did kill migratory waterfowl, that is scaup (*Aythya affinis*), and failed to make a reasonable effort

to retrieve and retain the bird in the hunter's actual custody, at the place where the bird was

taken, and between that place and the hunter's principal means of land transportation.

16 U.S.C. § 703
50 CFR § 20.25
18 U.S.C. § 2

## COUNT FIVE
(Exceed Field Possession Limit)

The United States Attorney for the District of Maryland further charges that:

On or about January 31, 2020, in the District of Maryland, the defendant,

**DEVIN LEE TIBBS,**

did possess in the field freshly taken migratory waterfowl, that is scaup (*Aythya affinis*), in

excess of the field possession limit.

16 U.S.C. § 703
50 CFR § 20.35
18 U.S.C. § 2


May 13, 2020                                              /s/
_____                    _____
Date                                                     Robert K. Hur
                                                         United States Attorney